**Appeal Dismissed and Memorandum Opinion filed June 21, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00688-CV**

---

**HEDIEH  TABRIZIAN, Appellant**

**V.**

**WAYNE  FELCHAK, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1138161**

---

## MEMORANDUM  OPINION

This appeal is from a judgment signed November 1, 2021. The clerk's record was filed March 7, 2022. No reporter's record was taken. No brief was filed.

On May 3, 2022, this court issued an order stating that unless appellant filed a brief on or before June 3, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Bourliot, Hassan and Wilson.